Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

JS-6

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FRAZIER CLOTHING CO., INC., a New York Corporation; BOSCOV'S DEPARTMENT STORE, LLC, a Pennsylvania Limited Liability Company; STEIN MART INC., a Florida Corporation; MACY'S RETAIL HOLDINGS, INC., a Ohio Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: CV12-02435 SJO (Rz)<br>*Honorable S. James Otero Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Having reviewed the stipulation of the parties to dismiss this action, and finding good cause thereon,

1

**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION**

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear its own costs and fees incurred in connection therewith.

SO ORDERED.

Dated: October 16_, 2012

_____
Honorable S. James Otero
U.S. District Court Judge

2

**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION**